UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS J. PETERSEN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINCO HOLDINGS, INC., et al.,<br><br>Defendants. | No. 2:19-cv-00360-MCE-AC<br><br>**ORDER** |

Plaintiff initiated this putative class action in Sacramento County Superior Court, after which Defendants removed the matter here and filed a Motion to Dismiss. ECF Nos. 1, 6. Plaintiff failed to file an opposition or statement of non-opposition in response to Defendants' Motion, prompting the Court to issue the following Order to Show Cause ("OSC") on May 7, 2019:

> Plaintiff is ordered to show cause in writing, not later than ten (10) days following the date this minute order is electronically filed, as to why this case should not be dismissed with prejudice. Absent sufficient justification for Plaintiff's failure to adhere to the Local Rules, this action will be dismissed. If Plaintiff fails to respond to this Order to Show Cause this case will be dismissed with prejudice upon no further notice to the parties.

ECF No. 10. Plaintiff failed to respond to that OSC as well.

1

| | |
|---|---|
| 1 | Accordingly, this action is hereby DISMISSED with prejudice for failure to comply |
| 2 | with the applicable rules and orders of this Court. The Clerk of the Court is directed to |
| 3 | close this case. |
| 4 | IT IS SO ORDERED. |
| 5 | Dated: May 28, 2019 |

*[Signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE